JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL SAAVEDRA,

      Petitioner,

v.

RON GODWIN, Warden,

      Respondent.

Case No. CV 22-6685 MEMF (GJS)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 16, 2025

    MAAME EWUSI-MENSAH FRIMPONG
    UNITED STATES DISTRICT JUDGE